(Del. Rev. 11/14) Pro Se General Complaint Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_Shantell Newman_

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Robert Hunter Biden_

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 23 - 1113

(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.    PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Newman Shartell
_____
Name (Last, First, MI)

108 Oakmont ae.
_____
Street Address

New Castle        De        19720
_____
County, City            State        Zip Code

_____        _____
Telephone Number            E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Robert Hunter Biden
_____
Name (Last, First)

1209 Barley mill Rd
_____
Street Address

New Castle Wilmington, Del 19802
_____
County, City            State        Zip Code

Defendant 2:    _____
Name (Last, First)

_____
Street Address

_____
County, City            State        Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State                    Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State                    Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

### III.   VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

28 U.S.C (1),(2) (3), (4)
all apply.

### IV.   STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington Delaware

Date(s) of occurrence: X 2019 - 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Robert Hunter Biden

Was active in the community of West Side, Northside, South bridge, East side, and also Greenville pumping the Community with guns and drugs.

He also store information like my Social Security number to open accounts in China, Russia, and the Netherlands and Etc.

He was able to use my information while I was in jail. I don't think it fair that the president son destroyed our Community. While the Secret Service and FBI. Lock up anyone with information about the laptop. he had sex with people I know and got high on Each Corner in the City where you see zombies.

I am asking for Hunter to help the community he destroyed.

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.   VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Under 28 USC (1),(2),(3)(4)
all apply

## IV.   STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington Delaware

Date(s) of occurrence: 2019 - 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

What happened to you?

In 2022 I came in and reported Hunter Biden Jr. And Joe Biden used my social security number to get business from China, Japan, Russia and Etc. The Cops were called The officer seen the multi million dollar accounts.

Page 4 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

These accounts also helped
fend the lab that created
Covid -19.

Was anyone
else
involved?

Dear Courts

I pray on this day Oct 4, 2023)
that I can be free and my people
free. We the people free.
I came before this court today
hoping I can take Hunter Biden
to Court for using his Brother
Beau to lock me up to use my
Social Security number to create
"LLC" this has hurt my ability
for a better future. Since
The (TILA) truth and lending Act
seem not to be honored. Hunter
Biden put drugs and guns in
the community. I personally
seen Hunter Biden in Wilmington
Delaware around feb 2017
getting a favor he put his
hoodie on and tried covering
his face. But you cant forget
the presidents son. I feel like
now that he has been caught
with lying about his location
the people who appered with
him. The people kept his
hobbit going.

or else they would be arrested.
Hunter Biden has also
involved his Dad by using
him to go against the community.
The community he used to keep
him alive when his Dad kicked
him out.
    I pray that justice be served
and that my gun charge is also
overturned. I did a post
conviction as was still denied.
please use this information
    to hold Hunter Biden
        accountable.


Sincerely   Shantell Redmon

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

my Social Security number has been compermised.

## VI.    RELIEF

The relief I want the court to order is:

☐    Money damages in the amount of:  $ 24 million

☐    Other (explain):

I want any profits he made from my Social Security number and Comenal Charges

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Oct. 6. 2023
_____          _____
Dated                                                          Plaintiff's Signature

Newman Shantell
_____
Printed Name (Last, First, MI)

68 Oakmont dre      New Castle   De   19720
_____
Address                                City                        State      Zip Code

_____          _____
Telephone Number                                    E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**